# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0131, <u>Vernon L. Ingersoll v. Angel Cuadrado</u>, the court on April 1, 2024, issued the following order:**

The plaintiff's motion to "take judicial notice" of certain case law is granted. The plaintiff's motion for leave to file one copy of his appellate brief is also granted. The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Vernon L. Ingersoll, appeals an order of the Superior Court (<u>Bornstein</u>, J.) granting summary judgment to the defendant, Angel Cuadrado, in the plaintiff's action alleging conversion and negligence relative to the defendant's purported refusal to allow the plaintiff access to his bank account. We have reviewed the plaintiff's several challenges to the trial court's order, and conclude that he has failed to demonstrate reversible error; we therefore affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**